

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00120-CV

**UNIVERSITY OF THE INCARNATE WORD** and Christopher Carter,
Appellants

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the appeal is dismissed for want of jurisdiction. Costs are assessed against the party who incurred them.

SIGNED August 26, 2015.

_____
Jason Pulliam, Justice